460 A.2d 853

Commonwealth v. Whitner, Appellant.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.

460 A.2d 853

Commonwealth v. Williams, Appellant.

Before WIEAND, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.